■ NIAGARA COUNTY SAVINGS BANK, Respondent, v THORN-

WOOD DEVELOPMENT CORPORATION et al., Defendants, and AN-THONY CUBELLO, JR., Appellant.—Judgment unanimously modified, on the law, and, as modified, affirmed, without costs, in accordance with the following memorandum: It was error for the court to award plaintiff additional costs in the amount of $3,300. Pursuant to CPLR 8303 (a), a trial court may, *on motion*, award a party to a mortgage foreclosure action a sum not to exceed $300 (CPLR 8303 [a] [1]) *or* award a party to a difficult or extraordinary case a sum not to exceed $3,000 (CPLR 8303 [a] [2]), but may not make both such awards to the same party. Because there was no motion for additional allowances and because the court effected a double award, the judgment should be modified to delete the award.

The other claims raised are without merit. (Appeal from judgment of Niagara County Court, Hannigan, J.—mortgage foreclosure.) Present—Callahan, J. P., Doerr, Denman, Green and O'Donnell, JJ.